**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-50933

PHILLIP W. HYDE; NANCY HYDE,

Plaintiffs/Counter-Defendants/Appellants,

VERSUS

ADVANCED ENVIRONMENTAL RECYCLING TECHNOLOGIES, INC.;
JOE G. BROOKS,

Defendants/Counter-Claimants/Appellees.

Appeal from the United States District Court
For the Western District of Texas, Austin

February 14, 2003

Before JONES, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM:*

AFFIRMED. See Rule 47.6.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.